## David Braverman, Defendant in Error, v. Morris Bordacov, Plaintiff in Error.

### Gen. No. 21,467.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed December 13, 1916.

### Statement of the Case.

Action by David Braverman, plaintiff, against Morris Bordacov, defendant, for work, labor and materials furnished the defendant by the plaintiff. To review a judgment for plaintiff, defendant prosecutes a writ of error.

BLUM & BLUM, for plaintiff in error.

H. J. FINDER, for defendant in error.

MR. JUSTICE TAYLOR delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. ASSUMPSIT, ACTION OF, § 89*—*when evidence shows contract for work, labor and materials.* In an action for work, labor and materials alleged to have been furnished the defendant by the plaintiff, in which the defendant denied that he had contracted therefor with the plaintiff, evidence *held* to justify a judgment for the plaintiff.

2. ASSUMPSIT, ACTION OF, § 88*—*when memoranda of work done under contract admissible.* In an action by a contractor for labor, work and materials furnished the defendant, *held* that the plaintiff's "job tickets," consisting of copies made by the plaintiff after the completion of the work from memoranda made by him on slips of paper as the work was being done, were admissible in evidence, the slips having been destroyed, on the ground that the original memoranda were not available and that the "job tickets" were his books.

3. JUDGMENT, § 247*—*when entry after remittitur proper.* The action of a trial court in setting aside a judgment for the plaintiff and, after a remittitur had been made, entering judgment for the amount remaining, *held* unobjectionable.